## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| WILLIAM GAVIN AND DEANNA GAVIN,<br><br>                      Plaintiffs,<br><br>v.<br><br>THE CITY OF MENDOTA HEIGHTS, A MINNESOTA CORPORATION, AND JAMES E. DANIELSON, INDIVIDUALLY AND IN HIS CAPACITY AS MENDOTA HEIGHTS CITY ADMINISTRATOR,<br><br>                      Defendants. | Civil No. 05-1110 (JRT/JJG)<br><br>**ORDER OF DISMISSAL** |

_____

   Timothy J. Shields, **SHIELDS LEGAL SERVICES, P.A.**, 6613 Penn Avenue South Suite 100, Richfield, MN 55423, for plaintiff.

   Leonard J. Schweich and Pierre N. Regnier, **JARDINE LOGAN & O'BRIEN, PLLP**, 8519 Eagle Point Boulevard Suite 100, Lake Elmo, MN 55042, for defendant.


   The Court having been advised that the above action has settled,

   **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on is merits with prejudice and without costs or disbursements to any party.

   **LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED: July 31, 2006
at Minneapolis, Minnesota.                    s/John R. Tunheim_____
                                              JOHN R. TUNHEIM
                                              United States District Judge